In the Matter of Arbitration Pursuant to a Contract between ROGER L. BRIDGE-

MAN and J. S. HOLTZMAN, Copartners, Doing Business as BRIDGEMAN & HOLTZMAN, as Contracting Builders, and MICHAEL J. GONDEK and MARY GONDEK, as Owners, Dated February 25, 1929. ROGER L. BRIDGEMAN and Another, etc., Respondents; MICHAEL J. GONDEK and Another, Owners, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellants to apply to the Court of Appeals. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.